Opinion filed July 9, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed July 9, 2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00031-CR

                                                    __________

 

                                         AVION HARRIS, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                 On
Appeal from the County Criminal Court No. 2

 

                                                         Denton
County, Texas

 

                                         Trial
Court Cause No. CR-2008-06959-B

 



 

                                             M
E M O R A N D U M   O P I N I O N

Avion
Harris has filed in this court a motion to dismiss his appeal.  The motion is
signed by both appellant and his counsel.  The motion is granted, and the
appeal is dismissed.

 

July 9, 2009                                                                             PER
CURIAM

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.